WILLIAM S. CLAWSON et al., defendants and appellants,

*v.*

SAMUEL H. LYON et al., complainants and respondents.

[Filed March 6th, 1899.]

On appeal from a decree advised by Vice-Chancellor Reed, whose opinion is reported in *Lyon* v. *Clawson, 11 Dick. Ch. Rep. 642.*

Roseland Railway Co. *v.* Pratt.

*Mr. Samuel H. Grey* and *Mr. Bedell* (of the Pennsylvania bar), for the appellants.

*Mr. William T. Hilliard,* for the respondents.

PER CURIAM.

The decree of the court of chancery is affirmed, for the reasons given in the court of chancery.

*For affirmance*—THE CHIEF-JUSTICE, DEPUE, VAN SYCKEL, DIXON, GARRISON, LIPPINCOTT, GUMMERE, LUDLOW, COLLINS, BOGERT, NIXON, HENDRICKSON, ADAMS, VREDENBURGH—14.

*For reversal*—None.